UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **SHARINA JONES, Individually,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **AMWAY HOTEL CORPORATION** : <br> **A Domestic Company** : <br> : <br> **Defendant.** : | Case No. 1:17-cv-37-PLM-PJG |

/s/ Pete M. Monismith
PETE M. MONISMITH
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

/s/ Edward J. Bardelli
Edward J. Bardelli (P53849)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
(616) 752-2165
ebardelli@wnj.com
*Attorney for Defendant*

### STIPULATED ORDER OF DISMISSAL

At a session of said Court, held in the U.S. District Court for the Western District of Michigan,

On:    June 2, 2017

PRESENT: Honorable Paul L. Maloney

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

/s/ Paul L. Maloney
Honorable Paul J. Maloney

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

/s/ Pete M. Monismith
PETE M. MONISMITH
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

Dated: June 1, 2017

/s/ Edward J. Bardelli
Edward J. Bardelli (P53849)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
(616) 752-2165
ebardelli@wnj.com
*Attorneys for Defendant*

Dated: June 1, 2017